**KOBAYASHI SUGITA & GODA LLP**
Aaron R. Mun                              9779
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
O: 808-535-5700
F: 808-535-5799
arm@ksglaw.com

Attorneys for Defendant
DISCOVER FINANCIAL SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| LEHUANANI BRANDY TABADERO, <br><br> Plaintiff, <br><br> v. <br><br> DISCOVER FINANCIAL SERVICES, INC., <br><br> Defendant. | CASE NO. 24-327 <br><br> **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1331, 1441 AND 1446;** <br><br> **EXHIBIT A** |

**NOTICE OF REMOVAL OF CIVIL ACTION
UNDER 28 U.S.C. §§ 1331, 1441 AND 1446**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR HAWAIʻI AND THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that, pursuant to and in accordance with 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Discover Financial Services, Inc. ("Discover") hereby removes the above-captioned matter, *Lehuanani Brandy Tabadero v.*

*Discover Financial Services, Inc.*, Civil No. 1CCV-24-0000807, from the Circuit Court of the First Circuit, State of Hawai'i, to the United States District Court for the District of Hawai'i.  Discover states that removal is proper for the reasons set forth in the following paragraphs:

### DISCOVER'S REMOVAL IS TIMELY

1. On June 19, 2024, the Plaintiff Lehuanani Brandy Tabadero ("Plaintiff") filed a Complaint in the above-captioned state court matter against Discover.  Plaintiff attempted to serve Discover via CT Corporation System on July 16, 2024.

2. Even assuming service was proper, which Discover does not concede, Discover has timely filed this Notice of Removal within thirty (30) days of receipt of a copy of the initial pleading. See 28 U.S.C. § 1446(b).

3. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all pleadings, process, and orders served on Discover are attached as **Exhibit A** and incorporated herein by reference.

### THE COURT HAS REMOVAL JURISDICTION OVER THE ACTION

4. Pursuant to 28 U.S.C. § 1331, original jurisdiction of the district courts includes jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States."  "An action may 'arise under' a law of the United States if the plaintiff's right to relief necessarily turns on construction of federal law."  Bright v. Bechtel Petroleum, Inc., 780 F.2d 766, 769 (1986) (citing Franchise

Tax Bd. of Cal. v. Constr. Laborer's Vacation Trust, 463 U.S. 1, 9 (1983)).  Plaintiff asserts breaches of fiduciary duties allegedly arising out of "the Emergency Banking Act of 1933" and 12 U.S.C. § 412.  (Exhibit A, Dkt. No. 1, pg. 5.)  Plaintiff also alleges Discover committed securities and commodities fraud under 18 U.S.C. § 1348. (Id.)  Insofar as Plaintiff alleges liability for violation of federal statutes, the claims necessarily arise under the laws of the United States and subject the state court action to this Court's removal jurisdiction under 28 U.S.C. § 1331.

### NO CONSENT TO REMOVAL IS NECESSARY

5. Discover is the only named defendant in this action.  Accordingly, there is no consent to removal necessary.

### VENUE IS PROPER IN THIS COURT

6. Venue is proper in this Court under 28 U.S.C. § 1442(a) because this Court sits in the federal judicial district and division embracing the Circuit Court of the First Circuit State of Hawaiʻi, the court from which removal is sought. See 28 U.S.C. § 1441(a); 28 U.S.C. § 91.

### SUPPLEMENTAL JURISDICTION

7. This Court has supplemental jurisdiction under 28 U.S.C. § 1367(a) and 28 U.S.C. § 1441(c) over all other claims in this action because they form part of the same case or controversy under Article III of the United States Constitution.

### NOTICE WILL BE GIVEN

8. In accordance with 28 U.S.C. § 1446(d), Discover will give written notice of

the filing of this Notice of Removal to all adverse parties of record in this matter and will file a copy of this Notice with the Clerk of the Circuit Court of the First Circuit, State of Hawaiʻi.

## CONCLUSION

Based on the foregoing, Discover hereby respectfully removes this action to the United States District Court for the District of Hawaiʻi.

DATED: August 5, 2024.                    **KOBAYASHI SUGITA & GODA LLP**

By: /s/ Aaron R. Mun
Aaron Mun

Attorneys for Defendant
DISCOVER FINANCIAL SERVICES, INC.