Exhibit A

# DOCKET NO. 1

JLB
i

Lehuanani Tabadero
P. O. Box 4442 Kaneohe Hawaii 96744
808 372 667[4] 7
Quantum healing
808@gmail.com

**STATE OF HAWAII**
**CIRCUIT COURT OF THE**
**FIRST CIRCUIT**

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-24-0000807**
**19-JUN-2024**
**01:43 PM**
**Dkt. 1 CMP**

CIVIL ACTION NO. 1CCV NO. 2 4 0 0 0 0 8 0 7

LEHUANANI BRANDY TABADERO
*Plaintiff,*

v.

**DISCOVER FINANCIAL SERVICES, INC**
*Defendants.*

2024 JUN 19 PM 1:43
J. BASILIO
CLERK

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

### PLAINTIFF'S COMPLAINT FOR DAMAGES

COMES NOW, person LEHUANANI BRANDY TABADERO, presented by woman Lehuanani Brandy Tabadero, and files this complaint against Defendant **DISCOVER FINANCIAL SERVICES, INC** referred to as "Defendants" and "DISCOVER", and alleges upon information and belief, the following: **(Please note that spelling of each name is important and will always be as above throughout this complaint for clarity in the court.)**

### I.    INTRODUCTION

1.  Lehuanani Brandy Tabadero would like to mention that she has studied for an absolutely unbelievable number of hours in an attempt to be a very kind, knowledgeable, smooth and educated woman. Lehuanani Brandy Tabadero is not belligerent and arrives with her hat in her hand in an effort to learn grow and achieve the best possible result for all parties. Lehuanani Brandy Tabadero recognizes and has had a tremendous amount of experience with the typical "pro se litigant" and understand the frustrations and exhaustions of the court. She asks, with full transparency, to please not label her in the same category as what has been seen before by the court.

2.  Lehuanani Brandy Tabadero is very excited about the procedure of law and has a great veneration towards the work of the court as well as the amazing effort of everyone who has contributed to our incredible system.

### II.    PARTIES

3.  Plaintiff is a resident of the Honolulu County, Hawaii, which is located in this district.

4.  Defendant DISCOVER FINANCIAL SERVICES, INC is a STATE For-Profit Corporation with its principal place of business located at 2500 Lake Cook Rd Riverwoods, IL 60015 and which conducts business in the State of Hawaii. DISCOVER FINANCIAL SERVICES, INC may be served with process upon CT Corporation

System, its register agent for service of process at **The Corporation Company, Inc.**
1136 Union Mall, Suite 301 Honolulu, HI 96813

### III.     GENERAL FACTUAL ALLEGATIONS

5.  LEHUANANI BRANDY TABADERO had a Discover Credit Card account with a
    balance of **$9,939.92** (nine-thousand- nine-hundred-thirty-nine dollars and ninety-two
    cents).
6.  LEHUANANI BRANDY TABADERO had a Discover Credit Card ending in 8553, her
    current card ends in 6679.
7.  On February 22, 2024, LEHUANANI BRANDY TABADERO sent a letter to
    **DISCOVER FINANCIAL SERVICES, INC** via certified mail
    #70200640000163516702 in an attempt to pay and discharge my debt using legal tender.
    The letter explicitly stated that **DISCOVER FINANCIAL SERVICES, INC** had 10
    days to respond and discharge the debt. However, **DISCOVER FINANCIAL
    SERVICES, INC** failed to respond.
8.  On March 20th, 2024, LEHUANANI BRANDY TABADERO sent a second notice, titled
    "Notice to Cure Letter," to **DISCOVER FINANCIAL SERVICES, INC** via certified
    mail. This letter provided another opportunity for them discharge the debt or respond.
    Additionally, LEHUANANI BRANDY TABADERO included a fee schedule to
    compensate for the time and resources utilized. **DISCOVER FINANCIAL SERVICES,
    INC** was given another 10 days to respond, DISCOVER did not respond to this letter as
    well.
9.  On April 25th, 2024,  LEHUANANI BRANDY TABADERO sent a third letter to
    DISCOVER via certified mail, informing them that they were in default and would now
    be charged according to LEHUANANI BRANDY TABERO's fee schedule.
10. LEHUANANI BRANDY TABADERO reiterated her willingness to act in good faith and
    honor, stating that if they discharged the debt they were legally obligated to discharge, she
    would waive all fee schedules. However, no response was received.
11. On May 8th, 2024,  LEHUANANI BRANDY TABADERO  sent a fourth and final letter,
    titled "Intent to Sue," to DISCOVER, providing them with one last opportunity to
    discharge my debt or respond. Despite my efforts, no response was received.
12. On February 22, 2024, LEHUANANI BRANDY TABADERO sent a letter to
    DISCOVER company via certified mail in an attempt to set off the account and pay the
    debt with legal tender. The letter explicitly stated that DISCOVER had 10 days to respond
    and discharge the debt. However, DISCOVER failed to respond.
13. Throughout this process, LEHUANANI BRANDY TABADERO has diligently
    maintained records of all correspondence, including scanned copies of the letters sent to
    DISCOVER as well as proof of certified mail receipts. These documents are attached in
    this document as well as a Affidavit.
14. LEHUANANI BRANDY TABADERO has acted honorably and in good faith by
    continuing to pay the minimum payments while trying to resolve this issue.
15. DISCOVER has acted in dishonor by not responding to all of LEHUANANI BRANDY
    TABADERO correspondents.
16. DISCOVER has ignored all of LEHUANANI BRANDY TABADERO  requests and has
    legally acquiesced to all of her demands.

2

## IV.  LEGAL BASIS

17. UCC 3-104: This section of the Uniform Commercial Code (UCC) defines what constitutes a negotiable instrument. It establishes the legal framework for instruments such as payment coupons and their acceptance as payment.

18. UCC 3-603 (b): Under this provision, if tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge of the obligation to the extent of the amount of the tender. This means that when payment is offered and refused, the obligation is discharged up to the amount tendered.

19. Acquiescence occurs when a person knowingly stands by, without raising any objection to, the infringement of their rights, while someone else unknowingly and without malice aforethought acts in a manner inconsistent with their rights.

20. DISCOVERS failure to respond to any of the aforementioned letters constitutes acquiescence to the terms and conditions outlined therein. By their silence and inaction, Discover Credit Card has tacitly agreed to the demands presented in each letter.

## V.  DEFINITIONS

21. Billing Statement: A billing statement is a monthly report issued by credit card companies to credit card holders, showing recent transactions, the monthly minimum payment due, and other important information. Billing statements are issued monthly at the end of each billing cycle.

22. Payment Document: A payment document refers to various documents submitted by the customer to the bank, including payment orders, cheques, applications for cash disbursement, applications/agreements to buy and/or sell foreign currency, and debit payment orders with the written consent of the customer.

23. Coupon: A coupon or coupon payment is the annual interest rate paid on a bond, expressed as a percentage of the face value and paid from the issue date until maturity. Coupons are usually referred to in terms of the coupon rate. A certificate attached to a loan instrument that can be separated from the instrument and presented after a specified time for the collection of interest.

24. Coupon Bonds: Coupon bonds are bonds to which are attached coupons for the several successive installments of interest to maturity.

3

25. Bearer Bond: A negotiable instrument payable to its holder.

26. Instrument: A written legal document such as a contract, lease, deed, will, or bond.

27. Voucher: A small printed piece of paper that entitles the holder to a discount or that may be exchanged for goods or services.

28. Assumpsit comes from Latin, meaning "he undertook" or "he promised." According to Black's Law Dictionary, it refers to a promise or engagement by which one person undertakes to do some act or pay something to another. This promise may be oral or written but is not under seal. It can be an express promise, where the engagement is in clear and definite language, or an implied promise, inferred from the conduct of the party or the circumstances of the case. ASSUMPSIT is a form of action used for the recovery of damages due to the non-performance of a simple contract, which is neither of record nor under seal. This action is typically divided into two types:

29. Common (or Indebitatus) Assumpsit: Based on an implied promise, often brought for debts arising from a contract.

30. Special Assumpsit: Based on an express promise, where the precise language or effect of the contract is set out in the declaration

## VI. COUNT ONE- BREACH OF CONTRACT

31. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

32. The definition of "payment is" : "The fulfillment of promise, or the performance of an agreement".

33. One definition of "tender" is: "The offer of performance, not performance itself, and, when unjustifiably refused, places other party in default and permits party making tender to exercise remedies for breach of contract".

34. The above definition is in accordance with UCC3-603(b).

35. Had someone spoke to Lehuanani Brandy Tabadero about his options, he would have done a special indorsement on any instruments to properly perform.

36. DISCOVER ignored all orders and questions from Lehuanani Brandy Tabadero and refused to accept her legal form of payment.

## VII. COUNT TWO- BREACH OF FIDUCIARY DUTIES:

37. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

38. LEHUANANI BRANDY TABADERO is the beneficiary of DISCOVER.

4

39. DISCOVER has a fiduciary duty to the financial success of LEHUANANI BRANDY TABADERO.
40. DISCOVER is paid to ensure the law is correctly applied in respect to beneficiary LEHUANANI BRANDY TABADERO.
41. DISCOVER has an obligation and desire to ensure that UCC Article 3 is properly followed.
42. DISCOVER has an obligation and desire to ensure that the Emergency Banking Act of 1933 is followed.
43. Once presented with order or conditional acceptances above, DISCOVER never attempted to clarify or perform for Lehuanani Brandy Tabadero or LEHUANANI BRANDY TABADERO.
44. DISCOVER follows 12 U.S.C §412
45. DISCOVER acknowledges that it would be in the best interest of their beneficiaries to do special indorsements on negotiable instruments.
46. DISCOVER never mentioned to either Lehuanani Brandy Tabadero or LEHUANANI BRANDY TABADERO about benefits of special indorsements.
47. This harmed LEHUANANI BRANDY TABADERO by now having an imbalanced account and having to work to acquire extraneous and entirely irrelevant Federal Reserve Notes.
48. This breach of fiduciary duty has caused years of anxiety over the unnecessary use of extraneous Federal Reserve Notes.

## VIII.   COUNT THREE- 18 U.S.C § 1348 (SECURITIES AND COMMODITIES FRAUD)

49. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.
50. Plaintiff was never informed as to these instruments being negotiable.
51. Plaintiff was never informed of various optional indorsements in accordance with UCC Article 3.
52. Plaintiff has a responsibility to avail himself of his optional indorsements, but DISCOVER could have spent a very short period of time to educate plaintiff about indorsements as a part of their fiduciary duties.
53. Lehuanani Brandy Tabadero has clarified and ordered all current and future negotiation while rescinding all previous blank negotiation under fraud.
54. Fraud is due to complete failure to disclose the Terms and Options of signing/indorsing above collateral securities.
55. Due to Lehuanani Brandy Tabaderos' signature being the birth of value for all the above negotiable instruments, Lehuanani Brandy Tabadero and LEHUANANI BRANDY TABADERO are the secured parties for all transactions in this deal.
56. Each individual credit transaction on these accounts would be separate charge of this felony.

## VIIII. COUNT FOUR UNIFORM COMMERICAL CODE (UCC) 3-104

57. Definition and Relevance: UCC 3-104 defines a negotiable instrument as an unconditional promise or order to pay a fixed amount of money, with or without interest

5

or other charges described in the promise or order. This includes instruments such as checks, promissory notes, and payment coupons.

58. UCC 3-104: "Except as provided in subsections (c) and (d), 'negotiable instrument' means an unconditional promise or order to pay a fixed amount of money, with or without interest or other charges described in the promise or order, if it:

1. is payable to bearer or to order at the time it is issued or first comes into possession of a holder;
2. is payable on demand or at a definite time; and
3. does not state any other undertaking or instruction by the person promising or ordering payment to do any act in addition to the payment of money, but the promise or order may contain (i) an undertaking or power to give, maintain, or protect collateral to secure payment, (ii) an authorization or power to the holder to confess judgment or realize on or dispose of collateral, or (iii) a waiver of the benefit of any law intended for the advantage or protection of an obligor."

59. Application to Plaintiff's Case: Plaintiff's tender of payment using a legally recognized negotiable instrument (e.g., a check or payment coupon) was within the framework established by UCC 3-104. Discover Credit Card was legally obligated to accept this tender as a valid discharge of the debt.

60. Legal Consequences of Breach: By refusing to accept the payment, Discover violated the provisions of UCC 3-104, which clearly outline that a negotiable instrument must be treated as such if it meets all the specified criteria. This refusal undermines the legal protections offered to holders of negotiable instruments, such as the assurance of payment enforcement and the defense against unauthorized alterations.

## X. COUNT FIVE UCC 3-603(b)

61. Provision Details: UCC 3-603(b) states that if a tender of payment is made to a person entitled to enforce an instrument and the tender is refused, the obligation is discharged to the extent of the amount of the tender. This means that once payment is offered, the obligation to pay that amount is nullified if the payment is refused.

62. UCC 3-603(b): "If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of the indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates."

63. Relevance to Plaintiff's Actions: Plaintiff sent multiple certified letters to Discover offering payment and discharging her debt using legal tender. Despite this, Discover refused to acknowledge or accept the payment.

64. Legal Ramifications of Breach: Under UCC 3-603(b), Discover's refusal to accept the tender resulted in the discharge of the Plaintiff's obligation to the extent of the tendered

6

amount. This refusal constitutes a legal discharge of the debt, making Plaintiff's claim for relief valid. Furthermore, Discover's non-compliance with this provision exposes them to legal liability for failing to honor a lawful tender, potentially subjecting them to penalties and compensatory damages.

## XI. COUNT SIX LAW OF ACQUIESCENCE

65. Definition and Legal Principle: Acquiescence occurs when a person knowingly stands by without objection while their rights are infringed, and the other party, acting without malice, assumes those rights are waived or no longer applicable.

66. Application to Plaintiff's Case: Throughout the correspondence, Plaintiff clearly communicated her intentions and provided Discover with multiple opportunities to respond or contest the terms. DISCOVER's consistent failure to respond or act upon these communications is an instance of acquiescence.

67. Legal Ramifications of Acquiescence: By not responding, Discover tacitly accepted the terms and conditions set forth by Plaintiff, including the discharge of the debt and the additional fees outlined in the notices. This legal principle supports Plaintiff's claims that Discover implicitly agreed to the conditions by their inaction, thereby estopping them from contesting the discharge or claiming further amounts from Plaintiff.

## XII. COUNT SIX LAW OF ACQUIESCENCE

68. Definition and Legal Context: Assumpsit is a common law action for the recovery of damages for non-performance of a contract or agreement, either express or implied. It is based on a promise or undertaking that is not fulfilled.

69. Implied Assumpsit: An implied assumpsit arises from the circumstances or conduct of the parties indicating an agreement. In this case, the credit card agreement between Plaintiff and Discover included an implied promise that payments made by Plaintiff would be accepted and applied towards discharging the debt.

70. Express Assumpsit: Plaintiff's multiple written correspondences to Discover, clearly stating her intent to discharge the debt using legal tender, constituted an express assumpsit. DISCOVER's failure to respond or act on these communications constitutes a breach of this express promise.

71. Legal Ramifications of Breach: DISCOVER's actions (or lack thereof) in failing to accept the payment, as per the credit card agreement and subsequent communications, constitute a breach of both implied and express assumpsit. This breach entitles Plaintiff to recover damages resulting from DISCOVER's non-performance and to seek relief for the undue financial and emotional stress caused by the breach.

## XIII. COUNT SEVEN LAW OF ASSUMPSIT

72. Definition and Legal Context: Assumpsit is a common law action for the recovery of damages for non-performance of a contract or agreement, either express or implied. It is based on a promise or undertaking that is not fulfilled.

73. Implied Assumpsit: An implied assumpsit arises from the circumstances or conduct of the parties indicating an agreement. In this case, the credit card agreement between Plaintiff

and Discover included an implied promise that payments made by Plaintiff would be accepted and applied towards discharging the debt.

74. Express Assumpsit: Plaintiff's multiple written correspondences to Discover, clearly stating her intent to discharge the debt using legal tender, constituted an express assumpsit. Discover's failure to respond or act on these communications constitutes a breach of this express promise.

75. Legal Ramifications of Breach: Discover's actions (or lack thereof) in failing to accept the payment, as per the credit card agreement and subsequent communications, constitute a breach of both implied and express assumpsit. This breach entitles Plaintiff to recover damages resulting from Discover's non-performance and to seek relief for the undue financial and emotional stress caused by the breach.

## XIV. DEMANDS FOR RELIEF

76. Full discharge of all debt in current state.

77. Full refund of each individual extraneous payment made on the accounts using Federal Reserve Notes.

78. $125,000 (one-hundred-twenty five-thousand dollars) in fees based off of the fee schedule that was sent to DISCOVER. Payable in Federal Reserve Notes or Gold.

79. Optional: DISCOVER will issue LEHUANANI BRANDY TABADERO a DISCOVER Black Card that has no credit limit and is automatically set-off each month. This would require a Limited Power of Attorney where Lehuanani Brandy Tabadero would allow DISCOVER to do special indorsements on behalf of Lehuanani Brandy Tabadero and LEHUANANI BRANDY TABADERO. This would include DISCOVER being allowed to keep any interest generated on any promissory note or bill of exchange. This would also include the possibility of allowing these securities to mature in an effort to bring larger interest gains to DISCOVER (Lehuanani Brandy Tabadero wants to ensure that DISCOVER is being paid well for this work in order to establish equal consideration). This optional choice would eliminate the needed relief of paragraph 78.

## SUMMARY

NOW, THEREFORE, in accordance with pertinent legal provisions and in the interest of justice, the Plaintiff respectfully requests ins Honorable Court to issue an Order for the award of monetary damages against the Defendant, DISCOVER. The plaintiff further seeks any additional and appropriate relief that this court, in its wisdom, may consider just and equitable given the circumstances at hand.

THE PLAINTIFF ENTERS THIS COURT PROCEEDING WITH A CONSTRUCTIVE INTENT, VESTED IN THE DESIRE TO COLLABORATE WITH THE DEFENDANT TOWARDS A FAIR AND EQUIRABLE CONCLUSION.

RESPECTFULLY and WITHOUT RECOURSE,
Lehuanani Brandy Tabadero

6/19/24

8

Date: JUN 19 2024 _____

State of Hawaii
*Cirq)* County of ~~Honolulu~~ ___ ss. City of ~~Honolulu~~ _____

Subscribed and sworn before me this 19th day of June 2024

Notary Public's Signature: _~~Kevin C. Murray~~_ _ _ _ _ _ _ _

Notary Printed Name: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

My commission expires **Kevin C. Murray**
My Commission Expires 03/13/2026

Notary's seal:

KEVIN C. MURRAY
NOTARY
COMMISSION
#22-37
PUBLIC
STATE OF HAWAII

---

Doc Date: JUN 19 2024   # of Pages: **9**
Kevin C. Murray, Notary Public        First Circuit
Doc Description: Plaintiff's Complaint
For Damages
_~~Kevin C. Murray~~_        JUN 19 2024
Notary Signature                Date

KEVIN C. MURRAY
NOTARY
COMMISSION
#22-37
PUBLIC
STATE OF HAWAII

9

# DOCKET NO. 2

# NOTICE OF ELECTRONIC FILING

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-24-0000807**
**19-JUN-2024**
**01:28 PM**
**Dkt. 2 NEF**

An electronic filing was submitted in Case Number 1CCV-24-0000807. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---|---|
| **Case ID:** | 1CCV-24-0000807 |
| **Title:** | LEHUANANI BRANDY TABADERO, Plaintiff vs DISCOVER FINANCIAL SREVICES, INC, Defendant |
| **Filing Date / Time:** | WEDNESDAY, JUNE 19, 2024 01:28:13 PM |
| **Filing Parties:** | LEHUANANI TABADERO |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** |  |
| **Supporting Document(s):** | 1-Complaint |
| **Document Name:** |  |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

The following parties need to be conventionally served:

LEHUANANI BRANDY TABADERO

---

# DOCKET NO. 3

**Electronically Filed
FIRST CIRCUIT
1CCV-24-0000807
19-JUN-2024
01:28 PM
Dkt. 3 PYD**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
STATE OF HAWAI`I

LEHUANANI B TABADERO vs
DISCOVER FINANCIAL

CASE NO. 1CCV-24-0000807

PAYMENT DUE TO COURT

PAYMENT DUE TO COURT

TABADERO, LEHUANANI BRANDY owes the following fees:

$315.00   Complaint/Summons

The total amount due is $315.00. Make your payment to Circuit Court of the First Circuit, Attn: Cashier, 777 Punchbowl Street, Honolulu, HI, 96813 with this notice within ten (10) days of this notice.

If you do not pay the total amount due, your complaint will be dismissed or your document stricken.

You may file a request that the court waive the filing fees. If the court does not grant your request, you must pay the filing fees.

Dated: June 19, 2024

/s/ Lori Ann Okita
Clerk of the Court

1 of 1

# DOCKET NO. 4

# NOTICE OF ELECTRONIC FILING

**Electronically Filed
FIRST CIRCUIT
1CCV-24-0000807
19-JUN-2024
01:28 PM
Dkt. 4 NEF**

An electronic filing was submitted in Case Number 1CCV-24-0000807. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---|---|
| **Case ID:** | 1CCV-24-0000807 |
| **Title:** | LEHUANANI B TABADERO vs DISCOVER FINANCIAL |
| **Filing Date / Time:** | WEDNESDAY, JUNE 19, 2024 01:28:49 PM |
| **Filing Parties:** | |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 3-Payment Due To Court |
| **Document Name:** | |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

The following parties need to be conventionally served:

LEHUANANI BRANDY TABADERO

---

This filing type incurs a fee of $315.00. You must pay by credit card or in person.

# DOCKET NO. 5

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-24-0000807**
**19-JUN-2024**
**01:48 PM**
**Dkt. 5 NTCE**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
OF THE STATE OF HAWAII

LEHUANANI BRANDY TABADERO       )   1CCV        NO.    24-0000807
                                )
        Plaintiff               )
                                )
        vs.                     )   NOTICE RE:
                                )   FIRST CIRCUIT COURT CIVIL MATTER
                                )
DISCOVER FINANCIAL SERVICES, INC )
                                )
        Defendant               )
                                )
_____ )

NOTICE

TO:
LEHUANANI BRANDY TABADERO
P.O.BOX 4442
KANEOHE, HAWAII  96744
Quantumhealing808@gmail.com

| | | |
|---|---|---|
| **X** | Assigned case number: | **1CCV      NO. 24-0000807** |
| **X** | Assigned Division: | 6TH DIVISION |
| **X** | Assigned Judge: | HONORABLE JUDGE PRESIDING |
| **X** | Location: | FIRST CIRCUIT COURT |
| | | 777 PUNCHBOWL STREET |
| | | HONOLULU, HI  96813 |
| **X** | Contact by e-mail | 6thdivision.1cc@courts.hawaii.gov |
| **X** | Fees & Costs: | $315.00 (REFER TO PAYMENT DUE TO COURT) |
| | Other: | |

**To view case information online - visit eCourtKokua, Judiciary, State of Hawaii.

Prepared      6/19/2024      Honolulu, Hawaii.

_____
/S/ J. BASILIO
Clerk of the Court
Circuit Court, First Circuit
State of Hawaii

# DOCKET NO. 6

# NOTICE OF ELECTRONIC FILING

**Electronically Filed
FIRST CIRCUIT
1CCV-24-0000807
19-JUN-2024
01:48 PM
Dkt. 6 NEF**

An electronic filing was submitted in Case Number 1CCV-24-0000807. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---|---|
| **Case ID:** | 1CCV-24-0000807 |
| **Title:** | LEHUANANI BRANDY TABADERO, Plaintiff vs DISCOVER FINANCIAL SREVICES, INC, Defendant |
| **Filing Date / Time:** | WEDNESDAY, JUNE 19, 2024 01:48:49 PM |
| **Filing Parties:** | COURT FILED BY COURT |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | 5-Notice |
| **Supporting Document(s):** | |
| **Document Name:** | 5-NOTICE |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

The following parties need to be conventionally served:
LEHUANANI BRANDY TABADERO

---

# DOCKET NO.7

JLB
7

Lehuanani, Brandy Tabacero
NAME
PO Box 4442
ADDRESS
Kaneohe Hawaii 96744

(808) 372-6677
TELEPHONE NUMBER

( ✓ ) Plaintiff          (     ) Defendant

(     ) Self Represented Party    (     ) Non-Party

**Electronically Filed
FIRST CIRCUIT
1CCV-24-0000807
19-JUN-2024
02:10 PM
Dkt. 7 AF**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI`I

|  |  |
|---|---|
| Plaintiff, | ) CASE TYPE: _____ |
| | ) |
| | ) CASE NUMBER: 1CCV-24-0000807 |
| | ) |
| vs. | ) DOCUMENT TITLE: |
| | ) |
| | )   Affidavit |
| | ) |
| Defendant. | ) |
| | ) |

2024 JUN 19 PM 2:10
MBauleo
CLERK
1ST CIRCUIT COURT
STATE OF HAWAII
FILED
J. RASHID

*Lehuanani Tabadero*
*Case # 1CCV-24-0000807*
*Quantumhealing 808@*
*gmail.com*
*808 372 6677*
*P.O. Box 4442*
*Kaneohe Hawaii 96744*

## AFFIDAVIT

**STATE OF HAWAII**
**COUNTY OF HONOLULU**

I, Lehuanani Tabadero, being duly sworn, depose and state as follows:

I am over the age of 18 and am competent to make this affidavit.

I am a resident of HONOLULU, Hawaii.

On February 22, 2024, I sent a letter to Discover Credit Card company via certified mail in an attempt to pay and discharge my debt using legal tender. The letter explicitly stated that Discover Credit Card had 10 days to respond and discharge the debt. However, Discover Credit Card failed to respond.

On March 20th, 2024, I sent a second notice, titled "Notice to Cure Letter," to Discover Credit Card via certified mail. This letter provided another opportunity for Discover Credit Card to discharge the debt or respond. Additionally, I included a fee schedule to compensate for the time and resources utilized. Discover Credit Card was given another 10 days to respond, yet they chose to ignore this letter as well.

On April 25th, 2024, I sent a third letter to Discover Credit Card via certified mail, informing them that they were in default and would now be charged according to my fee schedule. I reiterated my willingness to act in good faith and honor, stating that if they discharged the debt they were legally obligated to discharge, I would waive all fee schedules. However, no response was received.

On May 8th, 2024, I sent a fourth and final letter, titled "Intent to Sue," to Discover Credit Card, providing them with one last opportunity to discharge my debt or respond. Despite my efforts, no response was received.

Throughout this process, I have diligently maintained records of all correspondence, including scanned copies of the letters sent to Discover Credit Card, as well as proof of certified mail receipts. These documents are attached hereto and incorporated herein by reference.

**Legal Basis:**

The legal basis for my claim against Discover Credit Card is as follows:

The notes broke down the following laws:

UCC 3-104: This section of the Uniform Commercial Code (UCC) defines what constitutes a negotiable instrument. It establishes the legal framework for instruments such as payment coupons and their acceptance as payment.

UCC 3-603 (b): Under this provision, if tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge of the obligation to the extent of the amount of the tender. This means that when payment is offered and refused, the obligation is discharged up to the amount tendered.

In law, acquiescence occurs when a person knowingly stands by, without raising any objection to the

infringement of their rights, while someone else unknowingly and without malice aforethought acts in a manner inconsistent with their rights.

**Definitions:**

Billing Statement: A billing statement is a monthly report issued by credit card companies to credit card holders, showing recent transactions, the monthly minimum payment due, and other important information. Billing statements are issued monthly at the end of each billing cycle.

Payment Document: A payment document refers to various documents submitted by the customer to the bank, including payment orders, cheques, applications for cash disbursement, applications/agreements to buy and/or sell foreign currency, and debit payment orders with the written consent of the customer.

Coupon: A coupon or coupon payment is the annual interest rate paid on a bond, expressed as a percentage of the face value and paid from the issue date until maturity. Coupons are usually referred to in terms of the coupon rate. A certificate attached to a loan instrument that can be separated from the instrument and presented after a specified time for the collection of interest.

Coupon Bonds: Coupon bonds are bonds to which are attached coupons for the several successive installments of interest to maturity.

Bearer Bond: A negotiable instrument payable to its holder.

Instrument: A written legal document such as a contract, lease, deed, will, or bond.

Voucher: A small printed piece of paper that entitles the holder to a discount or that may be exchanged for goods or services.

Discover Credit Card's failure to respond to any of the aforementioned letters constitutes acquiescence to the terms and conditions outlined therein. By their silence and inaction, Discover Credit Card has tacitly agreed to the demands presented in each letter.

I have acted in good faith throughout this process. Despite Discover Credit Card's failure to respond or discharge the debt, I have continued to make minimum payments on the card. I have diligently pursued resolution by sending over four letters requesting discharge of the debt or an explanation for their failure to do so, yet I have received no response.

Therefore, I am seeking legal action against Discover Credit Card for the debt that remains undischarged, as well as an additional $125,000 in fees based on my fee schedule.

I declare under penalty of perjury that the foregoing is true and correct.

# AFFIDAVIT

STATE OF HAWAII )
City/County of Honolulu )

_Lehuanani Brandy Tabadero_ being first duly sworn,

deposes and says:  I am  the [□ father/mother  □ spouse  □ guardian  ☑ other _self_ ] of

_Lehuanani Brandy Tabadero_  SSN  _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_
(FULL LEGAL NAME OF APPLICANT)

That this affidavit has been made in connection with the desire of Applicant to secure a state civil identification card or driver license;

That the Applicant resides with Affiant and documents for proof of principal residence address is under Affiant's name.

That Affiant is submitting the number of required documents in support of proof of principal residence address as indicated under the List of Acceptable Documents for Proof of Principal Residence Address displaying name and Hawaii address of Affiant and;

Further Affiant sayeth naught.

Dated: _6/19/2024_

_[signature]_
SIGNATURE OF FATHER/MOTHER/SPOUSE/GUARDIAN/OTHER

_Lehuanani Brandy Tabadero_
PRINTED NAME

_HDL # H00608100_     _10/18/2025_
IDENTIFICATION PRESENTED     EXP. DATE

_[signature]_     JUN  19  2024
SIGNATURE OF EXAMINER     DATE

**FOR NOTARY USE ONLY:**

Subscribed and sworn before me this _19th_ day

of _June_ , 20 _24_ .

_[signature]_
Notary Public

State of _Hawaii_ , _1st_ Judicial Circuit

My commission expires: _03/13/2026_

(Stamp or Seal)

PCS-L(DL)242 (05-2014)

NOTARY CERTIFICATION
(Hawaii Administrative Rules 5-11-8)

Document Date: JUN 19 2024  No. Pages: _3_
Document Description: _Affidavit_

_Kevin C. Murray_     _1st_
Notary Printed Name     Circuit

_[signature]_     JUN 19 2024
Notary Signature     Date

(Stamp or Seal)

Case # ICCV-24-0000807

**02/22/2024**
**LEHUANANI TABADERO**
**P.O. Box 4442**
**Kaneohe, Hawaii, [96744]**

808-372-0677
Quantumhealing808@gmail.com

**DISCOVER**
**Office of Remittance**
PO BOX 45909
SANFRANCISCO CA 94145-0909

certified mail # 7020 0640 0001 6351 6702

To: Whom it may concern,

Thank you very much for sending me the statement that contains the positive deposit of the securities I deposited into this account.

I, :Lehuanani-Brandy:Tabadero., Authorized Representative, am sending the coupon of the account summary to **DISCOVER** as payment for what is owed.

I have recently learned that a coupon is a way of paying according to **UCC 3-104**. So I am sending the payment coupon to be accepted as the payment. **Per UCC 3-603** *(b) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an endorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.*

If you reject the payment coupon or claim to have shred it, I still expect you to follow the law and discharge the debt.

Here are some definitions to clarify what I'm talking about just to reference state statutes if you need a refresher.

A **billing statement** is a monthly report that credit card companies' issue to credit card holders showing their recent transactions, monthly minimum payment due, and other vital information. Billing statements are issued monthly at the end of each billing cycle.

**Payment Document** means any of the following documents submitted by the Customer to the Bank: (a) a Payment Order, (b) a cheque, (c) an application to disburse cash, if the purpose stated by the Customer is cash disbursement, (d) an application / agreement to buy and/or sell foreign currency, (e) a debit Payment Order drawn up and signed by the beneficiary (except other banks, credit institutions and state institutions) where there is a written consent of the Customer for the settlement of debit Payment Orders;

1

**Coupon:** "A coupon or coupon payment is the annual interest rate paid on a bond, expressed as a percentage of the face value and paid from the issue date until maturity. Coupons are usually referred to in terms of the coupon rate (the sum of coupons paid in a year divided by the face value of a bond in question). A certificate attached to a loan instrument that can be separated from the instrument and presented after a specified time for the collection of interest."

**Coupon Bonds**: "bonds to which are attached coupons for the several successive installments of interest to maturity."

**Bond, bearer:** "A negotiable instrument payable to its holder."

**Instrument:** "A written legal document such as a contract, lease, deed, will or bond."

**Voucher:** a small printed piece of paper that entitles the holder to a discount, or that may be exchanged for goods or services.

These instruments are worth their face value. So, the amount to be discharged will be the amount I have written on the voucher.

Please transfer the positive value of this bearer security to the principal to set-off the account and bring it down to zero. If you have an excuse for not performing as requested please mail your particular statement to me at the address above. Your specific performance or statement is expected no later than **ten (10) days** from the date of this letter postmarked.

*Thank you so much.*

*Sincerely and without ill will,*

Date: 2/22/24

Lehuanani-Brandy:Tabadero , beneficiary and authorized representative.

All right reserved without prejudice, without recourse.

2

Accepted for Deposit
Payable to bearer

## Payment Coupon

Detach at perforation above and return with check payable to
Discover. Do not fold, clip, staple or send cash.

LEHUANANI B TABADERO
PO BOX 4442
KANEOHE HI 96744-8442



nine thousand nine hundred thirty-nine 92/00

New address, email or phone? Please update on reverse.

0000019865134647246093992000000000021900

Notice: See reverse side for important information

**ACCOUNT NUMBER ENDING IN 8553**

New Balance                                        $9,939.92
Minimum Payment Due                                  $219.00
Payment Due Date          payon demand 02/22/2024

### Amount Enclosed     $  9,939.92

For a faster, easier     Discover.com  1-800-347-2683
way to pay...            See reverse for payment cut off times.

PO BOX 45909
SANFRANCISCO CA 94145-0909

UCC 3-11 / UCC 3-419 / UCC-3-311

USPS TRACKING #

9590 9402 6541 1028 5206 02

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

c/o P.O. Box 4442
Kaneohe Hawaii [96744]

Discover
Office of Remittance
P.O. Box 45909
San Francisco CA 94145-0909

Lehuanani Brandy Tabadero
P.O. Box 4442
Kaneohe, Hawaii 96744

7020 0640 0001 6351 6702

# Manoa Contract Postal Unit - 96839

www.usps.com
(808) 532-5689

Feb 22, 2024
12:57 PM

Receipt: NKMj

Certified Mail First Class
Letter w/ Return Receipt × 1                    $8.73

Total                                           $8.73
Cash                                           $10.00
Change                                          $1.27

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

## OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$

Sent To  Discover Office of Remittance

Street and Apt. No., or PO Box No.  P.O. Box 45909

City, State, ZIP+4  San Francisco CA 94145-0909

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7020 0640 0001 6351 6702

CERTIFIED MAIL®
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Discover
Office of Remittance
P.O. Box 45909
San Francisco CA 9445-0909

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6541 1028 5206 02

2. Article Number *(Transfer from service label)*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                                 ☐ Addressee

B. Received by *(Printed Name)*      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt



U.S. Postal
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

**OFFICIAL USE**

Certified Mail Fee
$ 4.40

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)          $ 3.65
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$ .68

Total Postage and Fees
$ 8.73

Sent To  Discover Office of Remittance
Street and Apt. No., or PO Box No.  P.O. Box 45909
City, State, ZIP+4  San Francisco CA 94145-0909

7020 0640 0001 4351 6702

LEHUANANI TABADERO
P.O. Box 4442
Kaneohe, Hawaii, [96744]
Beneficiary/Attorney-In-Fact
SS#: 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

case # 1CCv-24-000807

808-372-6677

Quantumhealing808@
gmail.com

**DISCOVER**

**Office Of Remittance**

**PO Box 45909**

**SAN FRANCISCO CA 94145-0909**

**Certified Mail #: 70200640000163532740**

<u>**FOURTH NOTICE: DEFAULT AND INTENT TO SUE**</u>

To Whom It May Concern:

I, :Lehuanani-Brandy: Tabadero Authorized Representative and beneficiary am writing this letter to inform you that I submitted the coupon of the account summary to DISCOVER as payment for what is owed on February 22, 2024 via certified mail. Certified Mail # 70200640000163516702.
I did not receive any response from anyone in your organization and sent another coupon and Second Notice via Certified Mail # 70200640000163516696.

You received my Second Notice on April 12th, 2024.

You were given 10 days to respond. It is now May 8th, 2024 and I have not received a response from DISCOVER and I have not received a counter offer. I am not sure if you did not respond out of neglect or on purpose hoping I would let this go away. Either way since you have not responded to my previous letter and you now have acquiesced to my demands.

I also sent you notice of Default on April 25th, 2024 certified mail # 70200640000163534102

You received my third notice April 29th, 2024.

I have yet to hear back from you and as per all of my previous letters you now are in default for the original $9,939.92 and an addition $110,640 based on the fee schedules that you received on April 12,2024. I am willing to waive the $110,640 fees if you discharge the $9,939.92 in full.

If we do not hear back from you within 30 days, we will take legal action.

In my original letter I explained that I recently learned that a coupon is a way of paying according to UCC 3-104. So I am sent the payment coupon to be accepted as the payment.

Per UCC 3-603 (b) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an endorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.

As you know you have sent me these coupons and ask me to remit them with another check or money order and then you have redeemed both. That is double dipping of course and is illegal.

I'm potentially willing to overlook this crime as long as you accept this legal form of payment, so I am sending another payment coupon to be accepted as the payment. Per UCC 3-603 *(b) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an endorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.*

If you reject the payment coupon or claim to have shred it, I still expect you to follow the law and discharge the debt and the title of the car be transferred over to LEHUANANI BRANDY TABADERO.

Again, I am going to give you definitions to clarify what I'm talking about just to reference state statutes.

A billing statement is a monthly report that credit card companies' issue to credit card holders showing their recent transactions, monthly minimum payment due, and other vital information. Billing statements are issued monthly at the end of each billing cycle.

Payment Document means any of the following documents submitted by the Customer to the Bank: (a) a Payment Order, (b) a cheque, (c) an application to disburse cash, if the purpose stated by the Customer is cash disbursement, (d) an application / agreement to buy and/or sell foreign currency, (e) a debit Payment Order drawn up and signed by the beneficiary (except other banks, credit institutions and state institutions) where there is a written consent of the Customer for the settlement of debit Payment Orders;

Coupon: "A coupon or coupon payment is the annual interest rate paid on a bond, expressed as a percentage of the face value and paid from the issue date until maturity. Coupons are usually referred to in terms of the coupon rate (the sum of coupons paid in a year divided by the face value of a bond in question). A certificate attached to a loan instrument that can be separated from the instrument and presented after a specified time for the collection of interest."

Coupon Bonds: "bonds to which are attached coupons for the several successive installments of interest to maturity."

Bond, bearer: "A negotiable instrument payable to its holder."

Instrument: "A written legal document such as a contract, lease, deed, will or bond."

Voucher: a small printed piece of paper that entitles the holder to a discount, or that may be exchanged for goods or services.

These instruments are worth their face value. So, the amount to be discharged will be the amount I have written on the voucher. If you refuse to accept a negotiable instrument I will send the IRS a 3949A and I have enclosed a copy of my fee schedule and I will be entitled to collect according to the amounts listed on my fee schedule. I also sent another coupon incase the first one I sent was shredded.

Since you have not transferred the positive value of this bearer security to the principal to set-off the account and bring it down to zero, and you have not responded you are now in default. Attached is an invoice payment due. We have not included some of the fees. You have thirty(30)days to pay our invoice. If we do not receive payment we will take legal action.

Sincerely and without ill will,

Date: May 8th, 2024

State of Hawaii
County of _Honolulu_ ss. City of _Hmoluln_

Subscribed and sworn before me this 8th day of **May** 20**24**

Notary Public's Signature:

Notary Printed Name: _ Christi K. Maumau _ _ _ _ _

My commission expires _September 24, 2026_

Notary's seal:

Date: **MAY – 8 2024**
Notary Name: _Christi K. Maumau_   Notes:
Doc. Description: _Fourth Notice: Default_
_and Intent to Sub_
                                              05/08/2024
Notary Signature                                 Date
First Circuit, State of Hawaii
**NOTARY CERTIFICATION**

# Pages: **3**

7020 0640 0001 6353 2740

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

## CERTIFIED MAIL®

7020 0640 0001 6353 2740

7020 0640 0001 6353 2740

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To Discovery Office of Remittance

Street and Apt. No., or PO Box No. P.O. Box

City, State, ZIP+4® San Francisco, CA 94145-0909

Postmark
Here

PS Form 3800, April 2015

USPS TRACKING #

9590 9402 6410 0303 4734 12

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Lehuanani Tabadero
P.O. Box 4442
Kaneohe, Hawaii [96744]

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DISCOVER
OFFICE of Remittance
P.O Box 45909
SanFrancisco CA 94145-
6909

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6410 0303 4734 12

2. Article Number (Transfer from service label)

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
      (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Khurani Tabacero
P.O. Box 1442
Kaneohe Hawaii [96744]

Discover
OFFICE of Remittance
P.O. Box 45909
San Francisco, CA 94145—0909

# Manoa Contract Postal Unit - 96839

(808) 532-5689
www.usps.com

May 8, 2024
3:20 PM

Receipt  ROPW

| | |
|---|---|
| Return Receipt × 1 | $3.65 |
| Certified Mail × 1 | $4.40 |
| 68¢ Metered Postage × 1 | $0.68 |
| Metered 60 | |

| | |
|---|---|
| Total | $8.73 |
| Cash | $8.73 |
| Change | $0.00 |



7020 0640 0001 6353 27

**OFFICIAL USE**

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$ 4.40

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $
☐ Return Receipt (electronic)     $
☐ Certified Mail Restricted Delivery  $ 2.65
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postage
$ .68

Total Postage and Fees
$ 8.73

Sent To  Discover Office of Remittance
Street and Apt. No., or PO Box No.  P.O.Box 45909
City, State, ZIP+4®  San Francisco CA 9445-0909

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

LEHUANANI TABADERO
P.O. Box 4442
Kaneohe, Hawaii, [96744]
Beneficiary/Attorney-In-Fact
SS#: 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

DISCOVER

Office Of Remittance

PO Box 45909

SAN FRANCISCO CA 94145-0909

Certified Mail #: 7020 0640 0001 6351 6696

*806-372-6677*
*Quantum healing 808@gmail.co*
*case#: ICCV-24-0000807*

<u>**SECOND NOTICE: NOTICE OPPORTUNITY TO CURE**</u>

To Whom It May Concern:

I, :Lehuanani-Brandy: Tabadero Authorized Representative and beneficiary am writing this letter to inform you that I submitted the coupon of the account summary to DISCOVER as payment for what is owed on February 22, 2024 via certified mail. Certified Mail # 70200640000163516702.

I received notice that you received my positive deposit of securities on February 26,2024.

You were given 10 days to respond. It is now April 8th, 2024 and I have not received a response from DISCOVER and I haven't received a counter offer.  I am not sure if you did not respond out of neglect or on purpose hoping I would let this go away. Either way since you have not responded to my previous letter I am demanding that my debt is discharged.

In my original letter I explained that I recently learned that a coupon is a way of paying according to **UCC 3-104**. So I am sent the payment coupon to be accepted as the payment.

**Per UCC 3-603** *(b) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an endorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.*

As you know you have sent me these coupons and asked me to remit them with another check or money order and then you have redeemed both. That is double dipping of course and is illegal.

I'm potentially willing to overlook this crime as long as you accept this legal form of payment, so I am sending another payment coupon to be accepted as the payment. Per UCC 3-603 *(b) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an endorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.*

If you reject the payment coupon or claim to have shred it, I still expect you to follow the law and discharge the debt.

Again, I am going to give you definitions to clarify what I'm talking about just to reference state statutes.

1

A billing statement is a monthly report that credit card companies' issue to credit card holders showing their recent transactions, monthly minimum payment due, and other vital information. Billing statements are issued monthly at the end of each billing cycle.

Payment Document means any of the following documents submitted by the Customer to the Bank: (a) a Payment Order, (b) a cheque, (c) an application to disburse cash, if the purpose stated by the Customer is cash disbursement, (d) an application / agreement to buy and/or sell foreign currency, (e) a debit Payment Order drawn up and signed by the beneficiary (except other banks, credit institutions and state institutions) where there is a written consent of the Customer for the settlement of debit Payment Orders;

Coupon: "A coupon or coupon payment is the annual interest rate paid on a bond, expressed as a percentage of the face value and paid from the issue date until maturity. Coupons are usually referred to in terms of the coupon rate (the sum of coupons paid in a year divided by the face value of a bond in question). A certificate attached to a loan instrument that can be separated from the instrument and presented after a specified time for the collection of interest."

Coupon Bonds: "bonds to which are attached coupons for the several successive installments of interest to maturity."

Bond, bearer: "A negotiable instrument payable to its holder."

Instrument: "A written legal document such as a contract, lease, deed, will or bond."

Voucher: a small printed piece of paper that entitles the holder to a discount, or that may be exchanged for goods or services.

These instruments are worth their face value. So, the amount to be discharged will be the amount I have written on the voucher. If you refuse to accept a negotiable instrument I will send the IRS a 3949A and I have enclosed a copy of my fee schedule and I will be entitled to collect according to the amounts listed on my fee schedule. I also sent another coupon incase the first one I sent was shredded.

Please transfer the positive value of this bearer security to the principal to set-off the account and bring it down to zero and transfer the title of the car to LEHUANANI BRANDY TABADERO. If you have an excuse for not performing as requested please mail your particular statement to me at the address above. Your specific performance or statement is expected no later than **ten (10) days** from the date of this letter postmarked. If performance or statement is not given within **ten(10) days** ,we will assume DISCOVER acquiesced to our demands.

Sincerely and without ill will,

Date: 4/8/24

:Lehuanani-Brandy: Tabadero, beneficiary and authorized representative.

All right reserved without prejudice, without recourse.

2

**State of Hawaii**
**County of** _Honolulu_ **ss. City of** _Honolulu_

**Subscribed and sworn before me this** 8th **day of** April 2024

**Notary Public's Signature:** _[signature]_

**Notary Printed Name:** _Christi K. Maumau_

**My commission expires** _September 24, 2026_

**Notary's seal:**

Date: APR − 8 2024          # Pages: 3
Notary Name: Christi K. Maumau    Notes:
Doc. Description: Second Notice: Notice
Opportunity to Cure
_[signature]_                04/08/2024
Notary Signature                Date
First Circuit, State of Hawaii
**NOTARY CERTIFICATION**

3



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6410 0303 3602 31

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Lehuanani Tabadero
P.O. BOX 4442
Kaneohe HI 96744

Lehuanani
Tabadero
P.O. Box 4442
Kaneohe HI 96744

Discover
OFFICE OF Remittance
P.O. BOX 45909
San Francisco CA 94145-0909

CERTIFIED MAIL

7020 0640 0001 6351 6696

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

# OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ _____ | |
| ☐ Return Receipt (electronic) $ _____ | Postmark |
| ☐ Certified Mail Restricted Delivery $ _____ | Here |
| ☐ Adult Signature Required $ _____ | |
| ☐ Adult Signature Restricted Delivery $ _____ | |
| Postage | |
| $ | |
| Total Postage and Fees | |
| $ | |

Sent To *Discover Office of Remittance*
Street and Apt. No., or PO Box No. *P.O. Box 45909*
City, State, ZIP+4® *San Francisco CA 94145-0909*

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

---

**USPS TRACKING #**

9590 9402 6410 0303 3602 31

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Lehuanani Tabadero
P.O. Box 4442
Kaneohe HI 96744

## Manoa Contract Postal Unit - 96839

(808) 532-5689                          Apr 8, 2024
www.usps.com                               2:26 PM

Receipt fDYJ

| | |
|---|---|
| Custom Amount × 1 | $0.25 |
| Custom Amount × 1 | $0.50 |
| $5.70 Ground Advantage Parcel × 1 | $5.70 |
| Certified Mail First Class Letter w/ Return Receipt × 1 | $8.73 |

| | |
|---|---|
| Total | $15.18 |
| Cash | $20.00 |
| Change | $4.82 |



**Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only)*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$ 4.40

Extra Services & Fees (check box, add fee as appropriate)
☑ Return Receipt (hardcopy)        $ 3.60
☐ Return Receipt (electronic)      $ ____
☐ Certified Mail Restricted Delivery $ ____
☐ Adult Signature Required         $ ____
☐ Adult Signature Restricted Delivery $ ____

Postage
$ 0.68

Total Postage and Fees
$ 8.73

Sent To Discover Office of Remittance
Street and Apt. No., or PO Box No. P.O. Box 45909
City, State, ZIP+4® San Francisco CA 94145-0909

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 0640 0000 1581 8766

LEHUANANI TABADERO
P.O. Box 4442
Kaneohe, Hawaii, [96744]
Beneficiary/Attorney-In-Fact
SS#: 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

808-372-0677
Case # 1CCV-24-00 00807
Quantum healing 808@gmail.com

**DISCOVER**

**Office Of Remittance**

**PO Box 45909**

**SAN FRANCISCO CA 94145-0909**

Certified Mail # 7020 0640 0001 6353 4102

### THIRD NOTICE: DEFAULT AND NOTICE OF LIEN

To Whom It May Concern:

I, :Lehuanani-Brandy: Tabadero Authorized Representative and beneficiary am writing this letter to inform you that I submitted the coupon of the account summary to Discover as payment for what is owed on February 22, 2024 via certified mail. Certified Mail # 70200640000163516702.
I did not receive any response from anyone in your organization and sent another coupon and Second Notice via Certified Mail # 70200640000163516696.

You received my Second Notice on April 12, 2024.

You were given 10 days to respond. It is now April 25th, 2024 and I have not received a response from Discover and I have not received a counter offer.  I am not sure if you did not respond out of neglect or on purpose hoping I would let this go away. Either way since you have not responded to my previous letter and you now have acquiesced to my demands.

In my original letter I explained that I recently learned that a coupon is a way of paying according to UCC 3-104. So I am sent the payment coupon to be accepted as the payment.

Per UCC 3-603 (b) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an endorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.

As you know you have sent me these coupons and ask me to remit them with another check or money order and then you have redeemed both. That is double dipping of course and is illegal.

I'm potentially willing to overlook this crime as long as you accept this legal form of payment, so I am sending another payment coupon to be accepted as the payment. Per UCC 3-603 *(b) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an endorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.*

If you reject the payment coupon or claim to have shred it, I still expect you to follow the law and discharge the debt.

Again, I am going to give you definitions to clarify what I'm talking about just to reference state statutes.

1

A <u>billing statement</u> is a monthly report that credit card companies' issue to credit card holders showing their recent transactions, monthly minimum payment due, and other vital information. Billing statements are issued monthly at the end of each billing cycle.

<u>Payment Document</u> means any of the following documents submitted by the Customer to the Bank: (a) a Payment Order, (b) a cheque, (c) an application to disburse cash, if the purpose stated by the Customer is cash disbursement, (d) an application / agreement to buy and/or sell foreign currency, (e) a debit Payment Order drawn up and signed by the beneficiary (except other banks, credit institutions and state institutions) where there is a written consent of the Customer for the settlement of debit Payment Orders;

<u>Coupon:</u> "A coupon or coupon payment is the annual interest rate paid on a bond, expressed as a percentage of the face value and paid from the issue date until maturity. Coupons are usually referred to in terms of the coupon rate (the sum of coupons paid in a year divided by the face value of a bond in question). A certificate attached to a loan instrument that can be separated from the instrument and presented after a specified time for the collection of interest."

<u>Coupon Bonds:</u> "bonds to which are attached coupons for the several successive installments of interest to maturity."

<u>Bond, bearer:</u> "A negotiable instrument payable to its holder."

<u>Instrument:</u> "A written legal document such as a contract, lease, deed, will or bond."

<u>Voucher:</u> a small printed piece of paper that entitles the holder to a discount, or that may be exchanged for goods or services.

These instruments are worth their face value. So, the amount to be discharged will be the amount I have written on the voucher. If you refuse to accept a negotiable instrument I will send the IRS a 3949A and I have enclosed a copy of my fee schedule and I will be entitled to collect according to the amounts listed on my fee schedule. I also sent another coupon incase the first one I sent was shredded.

Since you have not transferred the positive value of this bearer security to the principal to set-off the account and bring it down to zero, and you have not responded you are now in default. Attached is an invoice payment due. We have not included some of the fees. You have ten(10) days to pay our invoice. If we do not receive payment, we will charge our fees from our fee schedule.

Sincerely and without ill will,

Date: APR 2 5 2024

State of Hawaii
County of Honolulu ss. City of Honolulu

Subscribed and sworn before me this 25th day of April 20 24

Notary Public's Signature: _____

Notary Printed Name: Christi K. Maumau
Notary Public, State of Hawaii
My commission expires Sept. 24, 2026

Notary's seal:

Date: APR 2 5 2024          # Pages: 2
Notary Name: Christi K. Maumau   Notes:
Doc. Description: Third Notice: Default and Notice of Lien

_____ 04/25/2024
Notary Signature                Date
First Circuit, State of Hawaii
**NOTARY CERTIFICATION**

2

Lehnanani Tavadero
P.O. Box 4412
Kaneohe, Hawaii, [96744]

Discover
OFFICE OF REMITTANCE
P.O. BOX 45909
San Francisco, CA 94145 -0909



7020 0640 0001 6353 4102

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

7020 0640 0001 6353 4102
7020 0640 0001 6353 4102

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Sent To Discover Office of Remittance
Street and Apt. No., or PO Box No. P.O. Box 45909
City, State, ZIP+4® San Francisco CA 94145-0909

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

## SENDER: COMPLETE THIS SECTION

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Discover OFFICE OF
Remittance
P.O. Box 45909
San Francisco CA 94145-
0909

9590 9402 6410 0303 4737 19

2. Article Number *(Transfer from service label)*

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 6410 0303 4737 19

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Khvanani Tavadero
P.O. Box 4492
Kaneohe, Hawaii, [96744]

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

## Manoa Contract Postal Unit - 96839

(808) 532-5689                           Apr 25, 2024
www.usps.com                                3:12 PM

---

Receipt d8t5

---

| | |
|---|---|
| Certified Mail × 1 | $4.40 |
| Return Receipt × 1 | $3.65 |
| 68¢ Metered Postage × 1 | $0.68 |
| Metered 60 | |
| Custom Amount × 1 | $0.15 |

---

| | |
|---|---|
| Total | $8.88 |
| Cash | $9.00 |
| Change | $0.12 |



**CERTIFIED MAIL RECEIPT**

*For delivery information, visit our website at www.usps.com®*

**OFFICIAL USE**

Certified Mail Fee
$ 4.40

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)         $ 3.65
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$ .68

Total Postage and Fees
$ 8.73

Sent To Discover office of Remittance
Street and Apt. No., or PO Box No. P.O. BOX 45909
City, State, ZIP+4® San Francisco CA 9414c-0909

7020 0640 0001 6353 4102

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

# DOCKET NO. 8

# NOTICE OF ELECTRONIC FILING

**Electronically Filed
FIRST CIRCUIT
1CCV-24-0000807
19-JUN-2024
02:10 PM
Dkt. 8 NEF**

An electronic filing was submitted in Case Number 1CCV-24-0000807. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---|---|
| **Case ID:** | 1CCV-24-0000807 |
| **Title:** | LEHUANANI BRANDY TABADERO, Plaintiff vs DISCOVER FINANCIAL SREVICES, INC, Defendant |
| **Filing Date / Time:** | WEDNESDAY, JUNE 19, 2024 02:10:00 PM |
| **Filing Parties:** | LEHUANANI TABADERO |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 7-Affidavit |
| **Document Name:** | |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:
First Circuit 06 Division *( 6thdivision.1cc@courts.hawaii.gov )*
The following parties need to be conventionally served:
DISCOVER FINANCIAL SERVICES INC
LEHUANANI BRANDY TABADERO

---

# DOCKET NO. 9

JLB
9

Lehuanani Tabadero
NAME
P. O. Box 4442
ADDRESS
Kaneohe Hawaii 96744

(808) 3726677
TELEPHONE NUMBER

( ✓ ) Plaintiff          (    ) Defendant

(    ) Self Represented Party    (    ) Non-Party

**Electronically Filed
FIRST CIRCUIT
1CCV-24-0000807
19-JUN-2024
02:10 PM
Dkt. 9 REQ**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAI`I

|  | | |
|---|---|---|
| | ) | CASE TYPE: _____ |
| Plaintiff, | ) | |
| | ) | CASE NUMBER: 1CCV-24-0000807 |
| | ) | |
| vs. | ) | |
| | ) | DOCUMENT TITLE: |
| | ) | |
| | ) | Request for Relief Form |
| Defendant. | ) | |
| | ) | |

2024 JUN 19 PM 2:10
M.Barueco
J.BASILIO
CLERK
1ST CIRCUIT COURT
STATE OF HAWAII
FILED

**REQUEST FOR RELIEF FROM COURT COSTS;**
**DECLARATION; ORDER**

Form 1DC13

*Handwritten:*
Lehuanani Tabadero
Case # 1CCV-24- 0000869
Quantum healing 808 @gmail.com
808 372 6677
P.O. Box 4442
Kaneohe Hawaii 96744

| IN THE ~~DISTRICT~~ COURT OF THE FIRST CIRCUIT | Reserved for Court Use |
|---|---|
| _Circuit_ **DIVISION** **STATE OF HAWAIʻI** | |

| Plaintiff | |
|---|---|
| LEHUANANI BRANDY TABADERO | Civil No. |

| Defendant | Filing Party/Attorney Name, Attorney Number, Firm Name (if applicable), Address, Telephone and Fax Number or Email |
|---|---|
| DISCOVER FINANCIAL SERVICES, INC | LEHUANANI BRANDY TABADERO 1909 Aleo Pl Honolulu, HI 96822 |
| | ☐ Check if you are an attorney representing the filing party *pro bono* |

## REQUEST FOR RELIEF FROM COURT FILING FEES

Pursuant to Hawaiʻi Revised Statutes §607-3, the filing party in this case asks the court to waive the prepayment of court filing fees as set forth in Hawaiʻi Revised Statutes §607-4(b) because he or she is unable to pay such costs and provide for his or her necessities in life.

Please answer the following questions:

1. Are you currently employed?        Yes ☑        No ☐

    a. If the answer is Yes,
    ‣ State the amount of your monthly salary/wages: $ $2,800
    ‣ Name and address of your employer: Self Employed

    b. If the answer is No,
    ‣ State the date you were last employed: _____
    ‣ Name and address of your former employer: _____

2. Do you rent ☑ or own ☐ your home?

    ‣ State the amount of your monthly rent/mortgage payment: $ $2,000
    ‣ If you rent, do you receive any rent assistance? (Section 8)     Yes ☐     No ☑

3. Do you own any real estate other than your home?
    Yes ☐     No ☑
    If the answer is Yes, state the total value: $ _____

4. Do you have any money in any bank account? (Include any funds in prison accounts.)
    Yes ☐     No ☑
    If the answer is Yes, state the total amount: $ _____

(continued on page 2)

RG-AC-508 (11/2023)IW

1D-P-1541

**REQUEST FOR RELIEF FROM COURT FILING FEES (continued)**

5.  Do you own any motor vehicles?
    Yes ☑     No ☐

6.  Do you receive any of the following (check all that apply)?:
    ☐  Social Security payments (e.g. SSI or SSDI) or Retirement?
    ☐  Supplemental Nutrition Assistance Program (SNAP)
    ☐  Temporary Aid to Needy Families (TANF) [formerly AFDC]
    ☐  Food Stamps (GA)

7.  List any persons who depend upon you for financial support.  State your relationship to those persons and state how much you contribute to their support.
    N/A

8.  Do you have any other sources of income not listed above?
    Yes ☐     No ☑
    If the answer is Yes, describe what other income you receive.

---

**DECLARATION**

**I DECLARE UNDER PENALTY OF PERJURY THAT WHAT I HAVE STATED IS TRUE AND CORRECT.**

Date: 6/19/24

Signature of Filing Party/Attorney:

Print/Type Name: Lehuanani Tabadero

(Reserved For Court Use)

**ORDER**

Having reviewed the request for relief from costs the court :

   ☐  This request is **GRANTED** court filing fees are waived.

   ☐  The request is **DENIED**.

Date:

Judge

For Civil related matters, please call **(808) 538-5629** or visit the District Court Service Center at 1111 Alakea Street, Third (3rd) Floor, Honolulu, HI 96813



**Americans with Disabilities Act Notice**

If you need an accommodation for a disability when participating in a court program, service or activity, please contact the ADA Coordinator as soon as possible to allow the court time to provide an accommodation:
   •  Call (808) 538-5121; or
   •  Send an email to adarequest@courts.hawaii.gov
The court will try to provide, but cannot guarantee, your requested auxiliary aid, service or accommodation.

# DOCKET NO. 10

# NOTICE OF ELECTRONIC FILING

**Electronically Filed
FIRST CIRCUIT
1CCV-24-0000807
19-JUN-2024
02:10 PM
Dkt. 10 NEF**

An electronic filing was submitted in Case Number 1CCV-24-0000807. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---|---|
| **Case ID:** | 1CCV-24-0000807 |
| **Title:** | LEHUANANI BRANDY TABADERO, Plaintiff vs DISCOVER FINANCIAL SREVICES, INC, Defendant |
| **Filing Date / Time:** | WEDNESDAY, JUNE 19, 2024 02:10:00 PM |
| **Filing Parties:** | LEHUANANI TABADERO |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 9-Request |
| **Document Name:** | |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

This notification is being electronically mailed to:
First Circuit 06 Division *( 6thdivision.1cc@courts.hawaii.gov )*
The following parties need to be conventionally served:
DISCOVER FINANCIAL SERVICES INC
LEHUANANI BRANDY TABADERO

# DOCKET NO.11

# PRINTABLE CASE VIEW

**Generated: 5-AUG-2024 04:03 AM**

**Search Criteria: Case ID or Citation Number: 1CCV-24-0000807**

**1 record(s) total**

| | | |
|---|---|---|
| **Case ID:** 1CCV-24-0000807 - LEHUANANI B TABADERO vs DISCOVER FINANCIAL<br>**Type:** CV - Circuit Court Civil<br>**Status:** ACTIVE - Active Case<br>**Last Updated:** 16-Jul-2024 | **Filing Date:** WEDNESDAY, JUNE 19, 2024<br>**Court:** FIRST CIRCUIT<br>**Location:** PUNCHBOWL | |

**Related Cases**

No related cases were found.

**Case Parties**

| Seq # | Assoc | End Date | Type | ID | Name / Aliases |
|---|---|---|---|---|---|
| 1 | | 08-JUL-2024 | Plaintiff | @6556978 | TABADERO, LEHUANANI BRANDY |
| 2 | | | Defendant | @6561056 | DISCOVER FINANCIAL SERVICES INC |
| 3 | | | Other | D1C06 | First Circuit 06 Division |
| 4 | | | Plaintiff | @6569725 | Tabadero, Lehuanani |

**Bail / Bond Information**

No Bails were found.

**Events**

No Case Events were found.

**Dockets**

| Docket # | Date | Docket | Document Name | Parties | Filing Party |
|---|---|---|---|---|---|
| 1 | 06/19/2024 | Complaint | | Lehuanani Tabadero - Plaintiff | TABADERO, LEHUANANI BRANDY |
| 3 | 06/19/2024 | Payment Due to Court | | Lehuanani Tabadero - Plaintiff | |
| 5 | 06/19/2024 | Notice | NOTICE | Lehuanani Tabadero - Plaintiff | |
| 7 | 06/19/2024 | Affidavit | | Lehuanani Tabadero - Plaintiff | TABADERO, LEHUANANI BRANDY |

| 9 | 06/19/2024 | Request | REQUEST FOR RELIEF FROM COURT FILING FEES | Lehuanani Tabadero - Plaintiff | TABADERO, LEHUANANI BRANDY |
|---|---|---|---|---|---|
| 11 | 06/19/2024 | New Case Assignment CASE ASSIGNED TO THE 6TH DIVISION, HONORABLE JUDGE PRESIDING | | Lehuanani Tabadero - Plaintiff | |
| 13 | 07/02/2024 | Ex Parte Motion | EX PARTE MOTION TO WAIVE FILING FEES AND SURCHARGES UNDER HAWAI'I EVISED STATUTES CHAPTER 607 AND DECLARATION | Lehuanani Tabadero - Plaintiff | TABADERO, LEHUANANI BRANDY |
| 15 | 07/03/2024 | Order Granted | Signing Dkt 13 EX PARTE MOTION TO WAIVE FILING FEES AND SURCHARGES UNDER HAWAI I REVISED STATUTES CHAPTER 607 AND DECLARATION; ORDER | Lehuanani Tabadero - Plaintiff  DISCOVER FINANCIAL SERVICES INC - Defendant  First Circuit 06 Division - Other | First Circuit 06 Division |
| 17 | 07/03/2024 | Notice | NOTICE OF MAILING | Lehuanani Tabadero - Plaintiff  DISCOVER FINANCIAL SERVICES INC - Defendant  First Circuit 06 Division - Other | First Circuit 06 Division |
| 19 | 07/10/2024 | Summons | | Lehuanani Tabadero - Plaintiff | Tabadero, Lehuanani |
| 21 | 07/16/2024 | Service-Return/Acknowledgement (DISCOVER FINANCIAL SERVICES, INC C/O CT CORPORATION SYSTEM JO BYRNE REGISTERED AGENT) | |  DISCOVER FINANCIAL SERVICES INC - Defendant  First Circuit 06 Division - Other Lehuanani Tabadero - Plaintiff | |

# DOCKET NO. 12

# NOTICE OF ELECTRONIC FILING

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-24-0000807**
**19-JUN-2024**
**03:20 PM**
**Dkt. 12 NEF**

An electronic filing was submitted in Case Number 1CCV-24-0000807. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---|---|
| **Case ID:** | 1CCV-24-0000807 |
| **Title:** | LEHUANANI BRANDY TABADERO, Plaintiff vs DISCOVER FINANCIAL SREVICES, INC, Defendant |
| **Filing Date / Time:** | WEDNESDAY, JUNE 19, 2024 03:20:31 PM |
| **Filing Parties:** | COURT FILED BY COURT |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 11-New Case Assignment |
| **Document Name:** | |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:
First Circuit 06 Division *( 6thdivision.1cc@courts.hawaii.gov )*
The following parties need to be conventionally served:
DISCOVER FINANCIAL SERVICES INC
LEHUANANI BRANDY TABADERO

---

# DOCKET NO. 13

*MLF*
*13*

Name: Lehuanani Tabadero

Address: P.O. BOX 4442

Kaneohe Hawaii [96744]

Telephone No.: 808 372 6677

Plaintiff / Petitioner Pro Se

**Electronically Filed
FIRST CIRCUIT
1CCV-24-0000807
02-JUL-2024
12:02 PM
Dkt. 13 EXPM**

## IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

## STATE OF HAWAI'I

Lehuanani
Tabadero

Discover

| | |
|---|---|
| Plaintiff/Petitioner, | ) _____ No. 1CCV-24-0000807 |
| | ) |
| vs. | ) EX PARTE MOTION TO WAIVE |
| | ) FILING FEES AND SURCHARGES |
| | ) UNDER HAWAI'I REVISED STATUTES |
| | ) CHAPTER 607 AND |
| | ) DECLARATION; ORDER |
| | ) |
| Defendant/Respondent. | ) |
| | ) |

## EX PARTE MOTION TO WAIVE FILING FEES AND SURCHARGES
## UNDER HAWAI'I REVISED STATUTES CHAPTER 607 AND DECLARATION

Petitioner in the above-entitled action submits his/her motion to waive the filing fees and, surcharges, required by HRS Chapter 607, and says that:

1. Because of my poverty, I am unable to pay the filing fees and I believe I am entitled to relief.

2. My gross monthly income from all sources is $ 2800 . I receive money from: (check all that apply)

   a. [ ✓ ]   job:                          $ 2800
   b. [   ]   welfare:                       $_____
   c. [   ]   food stamps:                   $_____
   d. [   ]   unemployment benefits:         $_____
   e. [   ]   social security:               $_____
   f. [   ]   child support:                 $_____
   g. [   ]   part-time or side jobs:        $_____
   h. [   ]   other: _____          $_____

RG-AC-508 (7/19)

1C-P-963

3.  I help to support _____0_____ (fill in #) dependents in my household, not including myself.

4.  Within the past twelve months, I received money from the following sources:
    (check box and circle all that apply)
    a.  [   ] business, profession or form of self-employment          $_____
    b.  [   ] rent payments, interest or dividends                     $_____
    c.  [   ] pensions, investments, annuities, or life insurance payments.  $_____
    d.  [   ] gifts or inheritances                                    $_____
    e.  [   ] disability payments, lawsuit damages, etc.               $_____
    f.  [   ] other:_____          $_____

5.  My total assets (including but not limited to cash, bank accounts, real estate, stocks,
    bonds, cars, etc.) are $   N/A  $0                          .

6.  I own the following:   N/A
    (check box and circle all that apply)
    a.  [   ] house, townhouse, condo, other real property worth       $_____
    b.  [   ] pager, cellular phone, computer worth                    $_____
    c.  [   ] jewelry worth                                            $_____
    d.  [   ] firearms, collectibles, sports equipment, etc. worth     $_____
    e.  [   ] car, van, truck, motorcycle, boat, etc. worth            $_____

7.  I have a total amount of debts $   54,500          , owed on the following:
    a.  mortgage                                                       $_____
    b.  credit cards                                                   $  36,500
    c.  loans                                                          $  18,000
    d.  other:_____                $_____

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawai'i: _____7/2/2024_____.

_____
                    Plaintiff / Petitioner

**WAIVER OF FILING FEES AND SURCHARGES APPROVED AND SO ORDERED
SUBJECT TO REIMBURSEMENT UPON ORDER OF THE COURT:**

_____
    Judge of the Above-Entitled Court

# DOCKET NO. 14

# NOTICE OF ELECTRONIC FILING

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-24-0000807**
**02-JUL-2024**
**12:02 PM**
**Dkt. 14 NEF**

An electronic filing was submitted in Case Number 1CCV-24-0000807. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---|---|
| **Case ID:** | 1CCV-24-0000807 |
| **Title:** | LEHUANANI BRANDY TABADERO, Plaintiff vs DISCOVER FINANCIAL SREVICES, INC, Defendant |
| **Filing Date / Time:** | TUESDAY, JULY 2, 2024 12:02:00 PM |
| **Filing Parties:** | LEHUANANI TABADERO |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 13-Ex Parte Motion |
| **Document Name:** | |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

This notification is being electronically mailed to:
First Circuit 06 Division *( 6thdivision.1cc@courts.hawaii.gov )*
The following parties need to be conventionally served:
DISCOVER FINANCIAL SERVICES INC
LEHUANANI BRANDY TABADERO

# DOCKET NO. 15

**Electronically Filed
FIRST CIRCUIT
1CCV-24-0000807
03-JUL-2024
10:48 AM
Dkt. 15 ORDG**

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAIʻI

| | | |
|---|---|---|
| LEHUANANI BRANDY TABADERO, | ) | CIVIL NO. 1CCV-24-0000807 |
| | ) | |
| Plaintiff, | ) | |
| | ) | COVERSHEET |
| | ) | |
| vs. | ) | EX PARTE MOTION TO WAIVE FILING |
| | ) | FEES AND SURCHARGES UNDER |
| DISCOVER FINANCIAL SERVICES, | ) | HAWAIʻI REVISED STATUTES |
| INC., | ) | CHAPTER 607 AND DECLARATION; |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

COVERSHEET

# DOCKET NO. 16

# NOTICE OF ELECTRONIC FILING

**Electronically Filed
FIRST CIRCUIT
1CCV-24-0000807
03-JUL-2024
10:48 AM
Dkt. 16 NEF**

An electronic filing was submitted in Case Number 1CCV-24-0000807. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

| | |
|---:|:---|
| **Case ID:** | 1CCV-24-0000807 |
| **Title:** | LEHUANANI BRANDY TABADERO, Plaintiff vs DISCOVER FINANCIAL SREVICES, INC, Defendant |
| **Filing Date / Time:** | WEDNESDAY, JULY 3, 2024 10:48:05 AM |
| **Filing Parties:** | First Circuit 06 Division |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 15-Order Granted |
| **Document Name:** | 15-Signing Dkt 13 EX PARTE MOTION TO WAIVE FILING FEES AND SURCHARGES UNDER HAWAI'I REVISED STATUTES CHAPTER 607 AND DECLARATION; ORDER |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

This notification is being electronically mailed to:

First Circuit 06 Division *( 6thdivision.1cc@courts.hawaii.gov )*

The following parties need to be conventionally served:

DISCOVER FINANCIAL SERVICES INC

LEHUANANI BRANDY TABADERO

# DOCKET NO. 17

| **STATE OF HAWAI'I**<br>CIRCUIT COURT OF THE<br>FIRST        CIRCUIT | **NOTICE OF MAILING** | |
|---|---|---|

| CASE NUMBER<br>1CCV-24-0000807 | FILING PARTY & ADDRESS | **Electronically Filed<br>FIRST CIRCUIT<br>1CCV-24-0000807<br>03-JUL-2024<br>11:02 AM<br>Dkt. 17 NTCE** |
|---|---|---|
| CASE NAME<br><br>Lehuanani Brandy Tabadero,<br>        Plaintiff,<br><br>  vs.<br><br>Discover Financial Services, Inc.,<br>        Defendants. | JUDGE KARIN L. HOLMA<br>6TH DIVISION<br>777 PUNCHBOWL STREET<br>HONOLULU, HAWAII 96813 | |

NOTICE OF MAILING

A file-marked copy of:

     * [DKT. 15] Order Granting **EX PARTE MOTION TO WAIVE FILING FEES AND SURCHARGES UNDER HAWAI'I REVISED STATUTES CHAPTER 607 AND DECLARATION**

was mailed via U.S. Mail on the date below to the following:

Lehuanani Brandy Tabadero
P.O. Box 4442
Kaneohe, HI 96744

Dated:  Honolulu, HI;    July 03, 2024.

                 /s/ T. Bautista
          _____

          Clerk of Court of the 6th Division

Coversheet (10/19)



# DOCKET NO. 18

# NOTICE OF ELECTRONIC FILING

**Electronically Filed
FIRST CIRCUIT
1CCV-24-0000807
03-JUL-2024
11:02 AM
Dkt. 18 NEF**

An electronic filing was submitted in Case Number 1CCV-24-0000807. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---|---|
| **Case ID:** | 1CCV-24-0000807 |
| **Title:** | LEHUANANI BRANDY TABADERO, Plaintiff vs DISCOVER FINANCIAL SREVICES, INC, Defendant |
| **Filing Date / Time:** | WEDNESDAY, JULY 3, 2024 11:02:41 AM |
| **Filing Parties:** | First Circuit 06 Division |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 17-Notice |
| **Document Name:** | 17-NOTICE OF MAILING |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:

First Circuit 06 Division *( 6thdivision.1cc@courts.hawaii.gov )*

The following parties need to be conventionally served:

DISCOVER FINANCIAL SERVICES INC

LEHUANANI BRANDY TABADERO

---

# DOCKET NO. 19

| STATE OF HAWAII<br>CIRCUIT COURT OF THE<br>CIRCUIT | SUMMONS<br>TO ANSWER CIVIL COMPLAINT | NIA<br>19 |
| --- | --- | --- |

CASE NUMBER

1CCV-24-0000807

PLAINTIFF'S NAME & ADDRESS, TEL. NO.

Lehuanani Brandy Tabadero
P. O. Box 4442
Kaneohe Hawaii [96744]

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-24-0000807**
**10-JUL-2024**
**12:01 PM**
**Dkt. 19 SUMM**

| PLAINTIFF | VS. | DEFENDANT(S) |
| --- | --- | --- |
| Lehuanani<br>Brandy<br>Tabadero | | Discover<br>Financial<br>Services<br>Inc. |

**TO THE ABOVE-NAMED DEFENDANT(S)**

You are hereby summoned and required to file with the court and serve upon

_____

plaintiff's attorney, whose address is stated above, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**THIS SUMMONS SHALL NOT BE PERSONALLY DELIVERED BETWEEN 10:00 P.M. AND 6:00 A.M. ON PREMISES NOT OPEN TO THE GENERAL PUBLIC, UNLESS A JUDGE OF THE ABOVE-ENTITLED COURT PERMITS, IN WRITING ON THIS SUMMONS, PERSONAL DELIVERY DURING THOSE HOURS.**

**A FAILURE TO OBEY THIS SUMMONS MAY RESULT IN AN ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DISOBEYING PERSON OR PARTY.**

| DATE ISSUED<br>JUL 1 0 2024 | CLERK<br>n. anaya | CIRCUIT COURT CLERK |
| --- | --- | --- |

The original document is filed in the Judiciary's electronic case management system which is accessible via eCourt Kokua at: http://www.courts.state.hi.us



In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the Circuit Court Administration Office on OAHU- Phone No. 808-539-4400, TTY 808-539-4853, FAX 539-4402; MAUI- Phone No. 808-244-2929, FAX 808-244-2777; HAWAII- Phone No. 808-961-7424, TTY 808-961-7422, FAX 808-961-7411; KAUAI- Phone No. 808-482-2365, TTY 808-482-2533, FAX 808-482-2509, at least ten (10) working days prior to your hearing or appointment date.

# PRINTABLE CASE VIEW

**Generated: 5-AUG-2024 04:03 AM**

**Search Criteria: Case ID or Citation Number: 1CCV-24-0000807**

**1 record(s) total**

| | | |
|---|---|---|
| **Case ID:** 1CCV-24-0000807 - LEHUANANI B TABADERO vs DISCOVER FINANCIAL<br>**Type:** CV - Circuit Court Civil<br>**Status:** ACTIVE - Active Case<br>**Last Updated:** 16-Jul-2024 | **Filing Date:** WEDNESDAY, JUNE 19, 2024<br>**Court:** FIRST CIRCUIT<br>**Location:** PUNCHBOWL | |

**Related Cases**

No related cases were found.

**Case Parties**

| Seq # | Assoc | End Date | Type | ID | Name / Aliases |
|---|---|---|---|---|---|
| 1 | | 08-JUL-2024 | Plaintiff | @6560978 | TABADERO, LEHUANANI BRANDY |
| 2 | | | Defendant | @6561056 | DISCOVER FINANCIAL SERVICES INC |
| 3 | | | Other | D1C06 | First Circuit 06 Division |
| 4 | | | Plaintiff | @6569725 | Tabadero, Lehuanani |

**Bail / Bond Information**

No Bails were found.

**Events**

No Case Events were found.

**Dockets**

| Docket # | Date | Docket | Document Name | Parties | Filing Party |
|---|---|---|---|---|---|
| 1 | 06/19/2024 | Complaint | | Lehuanani Tabadero - Plaintiff | TABADERO, LEHUANANI BRANDY |
| 3 | 06/19/2024 | Payment Due to Court | | Lehuanani Tabadero - Plaintiff | |
| 5 | 06/19/2024 | Notice | NOTICE | Lehuanani Tabadero - Plaintiff | |
| 7 | 06/19/2024 | Affidavit | | Lehuanani Tabadero - Plaintiff | TABADERO, LEHUANANI BRANDY |

| 9 | 06/19/2024 | Request | REQUEST FOR RELIEF FROM COURT FILING FEES | Lehuanani Tabadero - Plaintiff | TABADERO, LEHUANANI BRANDY |
|---|---|---|---|---|---|
| 11 | 06/19/2024 | New Case Assignment CASE ASSIGNED TO THE 6TH DIVISION, HONORABLE JUDGE PRESIDING | | Lehuanani Tabadero - Plaintiff | |
| 13 | 07/02/2024 | Ex Parte Motion | EX PARTE MOTION TO WAIVE FILING FEES AND SURCHARGES UNDER HAWAI'I EVISED STATUTES CHAPTER 607 AND DECLARATION | Lehuanani Tabadero - Plaintiff | TABADERO, LEHUANANI BRANDY |
| 15 | 07/03/2024 | Order Granted | Signing Dkt 13 EX PARTE MOTION TO WAIVE FILING FEES AND SURCHARGES UNDER HAWAI I REVISED STATUTES CHAPTER 607 AND DECLARATION; ORDER | Lehuanani Tabadero - Plaintiff DISCOVER FINANCIAL SERVICES INC - Defendant First Circuit 06 Division - Other | First Circuit 06 Division |
| 17 | 07/03/2024 | Notice | NOTICE OF MAILING | Lehuanani Tabadero - Plaintiff DISCOVER FINANCIAL SERVICES INC - Defendant First Circuit 06 Division - Other | First Circuit 06 Division |
| 19 | 07/10/2024 | Summons | | Lehuanani Tabadero - Plaintiff | Tabadero, Lehuanani |
| 21 | 07/16/2024 | Service-Return/Acknowledgement (DISCOVER FINANCIAL SERVICES, INC C/O CT CORPORATION SYSTEM JO BYRNE REGISTERED AGENT) | | DISCOVER FINANCIAL SERVICES INC - Defendant First Circuit 06 Division - Other Lehuanani Tabadero - Plaintiff | |

# DOCKET NO. 20

# NOTICE OF ELECTRONIC FILING

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-24-0000807**
**10-JUL-2024**
**12:01 PM**
**Dkt. 20 NEF**

An electronic filing was submitted in Case Number 1CCV-24-0000807. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---|---|
| **Case ID:** | 1CCV-24-0000807 |
| **Title:** | LEHUANANI BRANDY TABADERO, Plaintiff vs DISCOVER FINANCIAL SREVICES, INC, Defendant |
| **Filing Date / Time:** | WEDNESDAY, JULY 10, 2024 12:01:26 PM |
| **Filing Parties:** | Lehuanani Tabadero |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 19-Summons |
| **Document Name:** | |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

This notification is being electronically mailed to:

Lehuanani Tabadero *( quantumhealing808@gmail.com )*

First Circuit 06 Division *( 6thdivision.1cc@courts.hawaii.gov )*

The following parties need to be conventionally served:

DISCOVER FINANCIAL SERVICES INC

# DOCKET NO. 21

ORIGINAL                                                               JLB
                                                                        21

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>FIRST ▾ CIRCUIT | RETURN AND ACKNOWLEDGMENT<br>OF SERVICE | |
|---|---|---|

**Electronically Filed
FIRST CIRCUIT
1CCV-24-0000807
16-JUL-2024
01:40 PM
Dkt. 21 RAS**

CASE NUMBER

**1CCV24-0000807**

CASE NAME

**Lehuanani Brandy Tabadero**

**V.**

**Discover Financial Services, Inc.**

DOCUMENTS SERVED: Plaintiff's Complaint for Damages; Summons
_____
_____
_____
_____
_____

I, Sheriff/Police Officer of the State of Hawai'i do hereby certify that I received a certified copy of the documents listed above and that I served the same on _____*Discover Financial Services, Inc.*_____
                                                                                                    (name of party)
on _____JUL 16 2024_____ at _____*9:00 a.m.*_____ at _____
        (date)                              (time)
*900 Fort St. Mall Ste. 1680 Honolulu, HI.* within the State of Hawai'i as follows:
                                              (address)                        *96813*

☐ PERSONAL:  By delivering to and leaving with _____, personally.

☐ SUBSTITUTE:  [HRCP 4(d) (1) (A)] After due and diligent search and inquiry, I served above-named defendant
   through _____, a person of suitable age and discretion then
   residing at said party's usual place of abode, since the defendant could not be found.

☐ SUBSTITUTE:  [HRCP 4(d) (1) (B)] I served above-named defendant through _____,
   authorized agent to receive service of process for said defendant.

☑ BUSINESS/CORPORATION/GOVERNMENTAL ENTITY: On _____*Discover Financial Services,*_____
   *Inc. % CT Corporation System*_____ by serving through _____*Jo Bythe*_____
                                    (name of business/corp/entity)
   _____, who is the _____*Registered Agent*_____ and authorized agent
                                              (name of person served)
                                              (postition/title)
   of said Business/Corporation/Governmental Entity.

☐ GARNISHMENT:  I served _____ through _____
                                                        (name of garnishee)
   _____ who is authorized to accept service for the above-named garnishee.
   (name of person served)

☐ NOT FOUND:  After due and diligent search and inquiry, I am unable to find _____
                                                                          (name of party)

| STATE OF HAWAIʻI<br>CIRCUIT COURT OF THE<br>__FIRST__ ▾ CIRCUIT | RETURN AND ACKNOWLEDGMENT OF SERVICE<br>(Page 2) |
|---|---|

CASE NUMBER

**1CCV24-0000807**

CASE NAME

**Lehuanani Brandy Tabadero**

**V.**

**Discover Financial Services, Inc.**

Attorney (Name, I.D. No., Address, Phone)
Lehuanani Tabadero  -  Pro-se
P.O. Box 4442
Kaneohe, HI 96744   Tel: (808) 372-6677

| Date:<br><br>JUL 1 6 2024 | Sheriff/Police Officer (type or print)<br><br>Jacinto Carrasco III<br>Civil Process Server | Signature |
|---|---|---|

| SUBSCRIBED AND SWORN<br>TO BEFORE ME THIS DATE:<br><br>_____<br><br>IN _____ , HAWAIʻI | NOTARY PUBLIC'S SIGNATURE:<br><br><br>STATE OF HAWAIʻI | MY COMMISSION EXPIRES: |
|---|---|---|

### ACKNOWLEDGMENT OF SERVICE

Refused to Sign
_____
(signature of person served)               (date)               (time)

_____

_____

RG-AC-508 (10/19)                                                            RETURN AND ACKNOWLEDGMENT OF SERVICE   1C-P-022

# DOCKET NO.22

# NOTICE OF ELECTRONIC FILING

**Electronically Filed**
**FIRST CIRCUIT**
**1CCV-24-0000807**
**16-JUL-2024**
**01:40 PM**
**Dkt. 22 NEF**

An electronic filing was submitted in Case Number 1CCV-24-0000807. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

| | |
|---|---|
| **Case ID:** | 1CCV-24-0000807 |
| **Title:** | LEHUANANI BRANDY TABADERO, Plaintiff vs DISCOVER FINANCIAL SREVICES, INC, Defendant |
| **Filing Date / Time:** | TUESDAY, JULY 16, 2024 01:40:00 PM |
| **Filing Parties:** | |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 21-Service-Return/Acknowledgement |
| **Document Name:** | |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:

Lehuanani Tabadero ( quantumhealing808@gmail.com )

First Circuit 06 Division ( 6thdivision.1cc@courts.hawaii.gov )

The following parties need to be conventionally served:

DISCOVER FINANCIAL SERVICES INC

---